THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLENFORD TRUMBLE, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted July 19, 1944; decided July 19, 1944.

*Nathaniel L. Goldstein* (*Emil L. Cohen* of counsel), for motion to dismiss appeal.

*Glenford Trumble,* in person, for motion for leave to appeal and to prosecute appeal as a poor person.

Motion to dismiss appeal granted and appeal dismissed, and motion for leave to appeal and to prosecute appeal as a poor person denied on the ground that no appeal in this case has been heard in the Appellate Division, and the order denying permission to appeal as a poor person is not reviewable here.